F. Richard Ruderman (SB No. 142226)
Daniel R. Shaw (SB No. 281387)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone:  916-563-0100
Facsimile:   916-563-0114

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L., a minor, by and through his guardian ad litem, J.M.,<br><br>Plaintiff,<br><br>v.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT and SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | CASE NO.: 2:17−CV−00892−TLN−DB<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

The Petition for an Order Appointing J.M. as guardian ad litem for J.L. is hereby GRANTED.

Dated: June 13, 2017

_____
Troy L. Nunley
United States District Judge