F. Richard Ruderman, Esq. (SBN 142226)
Colleen Snyder (SBN 274064)
Ruderman & Knox LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
916-563-0100/FAX 916-563-0114
rick@rudermanknox.com
colleen@rudermanknox.com
Attorneys for Plaintiffs J.L. and J.M.

SPINELLI, DONALD & NOTT, APC
Domenic D. Spinelli (State Bar No. 131192)
815 "S" Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888
Email: DomenicS@SDNLaw.com
Attorneys for Defendants and Cross-Complainants,
Vacaville Unified School District, Sacramento City
Unified School District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L., a minor, by and through his guardian ad litem, J.M., and J.M., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Vacaville Unified School District and Sacramento City Unified School District,<br><br>Defendants. | Case No. 2:17-CV-00892-TLN-DB<br><br>ORDER GRANTING STIPULATION TO EXTEND BRIEFING<br><br>Courtroom: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley<br><br>Action Filed: April 26, 2017 |
| Vacaville Unified School District and Sacramento City Unified School District,<br><br>Cross-Complaints,<br><br>v.<br><br>J.L., a minor, by and through his guardian ad litem, J.M., and J.M., an individual,<br><br>Cross-Defendants. | |

Pursuant to stipulation filed by the Parties, the briefing schedule set forth in the Pretrial Scheduling Order (ECF Doc. 18) is modified as follows:

    a. Simultaneous cross-briefs due March 1, 2018

    b. Cross oppositions due March 29, 2018

    c. Cross replies due April 12, 2018

    d. Hearing on May 3, 2018

Dated: January 3, 2018

Troy L. Nunley
United States District Judge