F. Richard Ruderman, Esq. (SBN 142226)
Colleen Snyder (SBN 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
916-563-0100/FAX 916-563-0114
rick@rudermanknox.com
colleen@rudermanknox.com
Attorneys for Plaintiffs J.L. and J.M.

SPINELLI, DONALD & NOTT
A Professional Corporation
DOMENIC D. SPINELLI (State Bar No. 131192)
ALISON W. WINTER (State Bar No. 251084)
EVAN M. McLEAN (State Bar No. 309756)
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
Email: DomenicS@SDNLaw.com
Attorneys for Defendants and Cross-Complainants,
Vacaville Unified School District, Sacramento City Unified School District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L., a minor, by and through his guardian ad litem, J.M., and J.M., an individual,<br><br>  Plaintiffs,<br>vs.<br><br>Vacaville Unified School District and Sacramento City Unified School District,<br><br>  Defendants. | Case No. 2:17-CV-00892-TLN-DB<br><br>**ORDER GRANTING REQUEST FOR ORDER CHANGING TIME**<br><br>Courtroom: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley<br><br>Complaint Filed: 4/26/2017 |
| Vacaville Unified School District and Sacramento City Unified School District,<br><br>  Cross-Complainants,<br>vs.<br><br>J.L., a minor, by and through his guardian ad litem, J.M., and J.M., an individual.<br><br>  Cross-Defendants. | |

Pursuant to the stipulation filed by the parties, the briefing schedule set forth in the January 3, 2018 Order Granting Stipulation to Extend Briefing (ECF Doc. 20) is modified as follows:

      a.     Simultaneous cross-briefs due March 29, 2018

      b.     Cross oppositions due April 26, 2018

      c.     Cross replies due May 10, 2018

      d.     Hearing on May 31, 2018

Dated: February 20, 2018

Troy L. Nunley
United States District Judge