F. Richard Ruderman, Esq. (SBN 142226)
rick@rudermanknox.com
Colleen Snyder (SBN 274064)
colleen@rudermanknox.com
Ruderman & Knox LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
916-563-0100/FAX 916-563-0114
Attorneys for Plaintiffs J.L. and J.M.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L., a minor, by and through his guardian ad litem, J.M., and J.M., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT and SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | No. 2:17-cv-00892-TLN-DB<br><br>ORDER GRANTING PETITION FOR APPROVAL OF MINOR'S COMPROMISE |
| VACAVILLE UNIFIED SCHOOL DISTRICT and SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>Cross-Complaints,<br><br>v.<br><br>J.L., a minor, by and through his guardian ad litem, J.M., and J.M., an individual,<br><br>Cross-Defendants. | |

The Court has considered the pleadings and papers filed in support of Plaintiffs' Petition for Approval of Minor's Compromise ("Petition"), and finding good cause for the relief sought therein, it is herewith ORDERED that:

1

1) The Petition is granted, and the settlement memorialized in the parties' Release and Settlement Agreement ("Exhibit A" to the Petition), including the minor's compromise, is approved;

2) J.M. is authorized to, and shall, execute the Release on behalf of Plaintiff J.L.;

3) Ruderman & Knox, LLP is authorized to use a portion of the net proceeds paid to J.L.'s client trust account to establish a special needs trust on behalf of J.L.;

4) Once the trust is established, Ruderman & Knox is authorized to transfer the remaining proceeds to J.L.'s special needs trust;

5) All dates are vacated;

6) The Parties are ordered to file a stipulation regarding dismissal of this case, or a status report, within sixty days.

IT IS SO ORDERED.

Dated: June 25, 2018

_____
Troy L. Nunley
United States District Judge